| Debtor(s): EVEREX SYSTEMS, INC. | Case No.: 06-42552 (if known) |
|---|---|

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.
11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $45,392 | Operations - 9/1/05-8/31/06 |
| $38,927 | Operations - 9/1/04-8/31/05 |


electronic form © 2005 www.LawCA.com Law Publishers

2. **Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $409,139 | Gross rents received - 9/1/05-8/31/06 |
| $410,152 | Gross rents recived - 9/1/04-8/31/05 |

---

3. **Payments to creditors**

***Complete a. or b., as appropriate, and c.***

None ☒ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90** days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment 1 | See Attachment 1 | See Attachment 1 | $0 |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| None - other than regular payroll to officers | See Attachment 1 | See Attachment 1 | $0 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| LG Electronics v. Bizcom et. al., C 01-01375 -01552, 01594, 02187 | Infringment | USDC - Northern Dist. of California | Pending |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Offices of Michael Lewis<br>505 Sansome St., San Francisco, CA | 12/06/06 | $5,299 |

**10. Other transfers**

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None ☒ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None ☒ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☒ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC SEC NUM / COMPLETE EIN OR OTHER TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| William Wan & Co<br>170 Columbus Ave., #368<br>San Francisco, CA 94133 | Starting more than 2 years ago and continuing to present |

None ☒ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| William Wan & Co. | 170 Columbus Ave., #368, San Francisco, CA 94133 |

None ☒ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

Everex has had no inventory for more than 4 years.
No inventories have been taken during that time.

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sam Yip, 5020 Brandin Court Fremont, | Pres.,Treasurer, Secretary | 0 |
| Alpha Systems,Inc. | Shareholder | 3% |
| First Int'l Computer of America | Shareholder | .6% |
| Brilliant World Limited, Eternal Crest | Shareholders | 19% and 72% |
| Corporation, Cher Wang | Shareholder | 6% |
| All: c/o William Wan & Co., San Francisco | | |

---

**22 . Former partners, officers, directors and shareholders**

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| Charlene Chien | 170 Columbus Ave. #368<br>San Francisco, CA | 10/23/06 former Treasurer |

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Regular Payroll Only | See Attachment 1 | |

**24. Tax Consolidation Group**

None ☒ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Unknown | |

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ____________________ ______________________________
Signature of Debtor

Date ____________________ ______________________________
Signature of Joint Debtor (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date January 23, 2007 Sam Yip

Sam Yip, President
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

______________________________ ______________________________
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer Social Security No (Required by 11 U.S.C. § 110)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

______________________________

______________________________
Address

______________________________ ______________________________
Signature of Bankruptcy Petition Preparer Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156 .***

electronic form © 2005 WWW.LawCA.com Law Publishers

**Everex Systems Inc.**
**Bank Detail**
**From 09/08/2003 onward**

| Date | Description | Bank Acct # | Bank of America 16624-00696 1012110 | Bank of America 16621-00725 1012210 | Bank of America 16621-08646 1012310 | Bank of America 16620-13162 1012610 | Bank of America 16628-13243 1012410 |
|---|---|---|---|---|---|---|---|
| | | Balance | 47,400.98 | 50.95 | 0.00 | 1,850.73 | 11,654.31 |
| 01/03/06 | Alpha Systems, Inc - Jan.06 | | 1360 | 2,115 00 | | | |
| 01/03/06 | Thompson Computer Service-TCS | | 4669 | 2,008.00 | | | |
| 01/03/06 | State of Cal.-Franchise Tax Board | | 46114 | (80.00) | | | |
| 01/04/06 | Postage stamp 0 02x20-Mail Tax to State Board(12/05 $36 14-14 05=$22 09) | | Cash from 8/25/05 | (14 05) | | | |
| 01/06/06 | Fidelity Invenstment-12/9&12/23&1/6/06 | | 46115 | (1,197 40) | | | |
| 01/06/06 | Fidelity Invenstment - Inv#397233 | | 46116 | (2,183 89) | | | |
| 01/06/06 | Evercase USA, Inc. | | 46117 | (380.00) | | | |
| 01/06/06 | Allied Waste Service - Jan,06 | | 46118 | (303.17) | | | |
| 01/06/06 | Kamharon Janitonal Service | | 46119 | (350 00) | | | |
| 01/06/06 | Thyssenkrypp Elevator | | 46120 | (645 22) | | | |
| 01/06/06 | Watkins Landscape #6462&6515 | | 46121 | (614 11) | | | |
| 01/09/06 | Blue Cross - Feb.06 | | 46123 | (5,203.00) | | | |
| 01/11/06 | SBC -510-6599842/770-8882/2529815 | | 46122 | (108.96) | | | |
| 01/11/06 | Asia Source, Inc. | | 46124 | (1,905.00) | | | |
| 01/11/06 | Ipex Infotech, INC | | 46125 | (793.00) | | | |
| 01/11/06 | Everex Communications,-Dec.05&Jan/06 Rent | | 2183 | 8,550.00 | | | |
| 01/05/06 | DD Payroll Period | | | | (1,908 95) | | |
| 01/05/06 | Tax Payroll Period | | | | (1,545.55) | | |



Ex 1

| | | | |
|---|---|---|---|
| 01/05/06 Payroll ck#15495 | | | (867.31) |
| 01/05/06 Payroll ck#15496 | | | (1,040.75) |
| 01/13/06 Global Quest Financial - Jan.06 rent | 1684 | 6,200.00 | |
| 01/17/06 Mailed Znag&Mission Court Tax check to Donald White(1/4 $22.09-26.80=$-4.71) | Cash from 8/25/05 | (26.80) | |
| 01/19/06 PG&E-Gas & Electric,12/13/5-1/10/06 | 46126 | (4,000.68) | |
| 01/19/06 Fidelity Invenstment-11/25& 11/10/05 | 46127 | (1,167.63) | |
| 01/20/06 Thompson Computer Service-TCS | 4679 | 2,008.00 | |
| 01/26/06 ADP,Inc.- 12/23&1/6&1/10/06 | 46128 | (548.75) | |
| 01/26/06 Ipex Infotech, INC. | 46129 | (1,780.25) | |
| 01/26/06 Znag International, Inc - rent | 46130 | (30,000.00) | |
| 01/20/06 DD Payroll Period | | | (1,419.83) |
| 01/20/06 Tax Payroll Period | | | (1,114.48) |
| 01/20/06 Payroll ck#15498 | | | (741.96) |
| 01/20/06 Payroll ck#15499 | | | (867.30) |
| 01/30/06 ABD Service - workers Compensation refund | 26998 | 2,297.00 | |
| 01/30/06 FICA - Dec,rent & Nov,Cam,05 | 22532 | 21,618.58 | |
| 01/30/06 Thompson Computer Service-TCS | 4682 | 2,008.00 | |
| 02/02/06 High-Tek America - Rental Deposit Refund | 46131 | (848.00) | |
| 02/03/06 DD Payroll Period | | | (1,037.69) |
| 02/03/06 Tax Payroll Period | | | (1,297.56) |
| 02/03/06 Payroll ck#15500 | | | (867.30) |
| 02/03/06 Payroll ck#15501 | | | (680.95) |
| 02/03/06 Alpha Systems,Inc.- Feb.06 | 1379 | 2,115.00 | |
| 01/17/06 BOA Analysis Charge - Dec, billing | | (944.44) | |
| 01/03/06 BOA Merch Fees -Jan,06 | | (25.00) | |
| 02/08/06 Ipex Infotech, INC. | 46132 | (463.00) | |
| 02/08/06 Northland Control Systems, Inc. | 46133 | (105.00) | |
| 02/13/06 Thompson Computer Service-TCS | 4693 | 2,008.00 | |
| 02/13/06 PG&E - Gas&Electric 1/11 -2/8/06 | 46134 | (4,548.72) | |
| 02/13/06 Evercase USA, Inc. | 46135 | (380.00) | |
| 02/13/06 Protection Service Industries, L.P. | 46136 | (195.63) | |
| 02/13/06 Allied Waste Service - Feb,06 | 46137 | (303.17) | |
| 02/13/06 Blue Cross - March,06 | 46138 | -5,203.00 | |
| 02/13/06 SBC-510-6599842/2529815/7708882 | 46139 | (108.46) | |
| 02/13/06 ADP, Inc.- 1/20/06 & 2/03/06 | 46140 | (578.55) | |
| 02/13/06 Kamharon Janitorial Service | 46141 | (350.00) | |
| 02/13/06 Watkins Landscape - Jan,06 | 46142 | (439.00) | |
| 02/16/06 Fidelity Investments 401K - 1/20&2/3/06 | 46143 | (744.34) | |
| 02/17/06 Ipex Infotech, INC. | 46144 | (456.00) | |
| 02/17/06 Alameda County Water District | 46145 | (257.71) | |
| 02/17/06 Tax Payroll Period | | | (981.04) |
| 02/17/06 DD Payroll Period | | | (1,109.79) |
| 02/17/06 Payroll CK#15502 | | | (867.31) |
| 02/17/06 Payroll CK#15503 | | | (680.97) |
| 03/01/06 FICA-Jan,06 rent & Dec,05 CAM | 22573 | 21,236.44 | |
| 03/01/06 Fidelity Investments - Correction needed for old employee (Meili Chen) | 46146 | (336.11) | |
| 03/01/06 Book Transfer (Bradley) | | (30,000.00) | 30,000.00 |
| 03/01/06 Thompson Computer Service-TCS | 4696 | 2,008.00 | |
| 03/03/05 ADP,INC.- 2/16&2/17&2/24/06 | 46147 | (570.08) | |
| 03/06/06 Alpha Systems, Inc. - Mar,06 rent | 1393 | 2,115.00 | |
| 03/07/06 Global Quest Financial - Feb,06 rent | 1747 | 6,200.00 | |
| 03/07/06 Global Quest Financial - Mar,06 rent | 1749 | 6,200.00 | |
| 03/08/06 Tax Payroll Period | | | (1,390.62) |
| 03/08/06 DD Payroll Period | | | (1,958.36) |
| 03/08/06 Payroll ck#15504 | | | (867.28) |
| 03/08/06 Payroll ck#15505 | | | (741.96) |
| 02/01/06 BOA Merch Fees -Feb,06 | | (25.00) | |
| 02/15/06 BOA analysis charge January | | -947.33 | |
| 03/08/06 Fidelity Investment-2/17&3/2/06 | 46148 | (830.18) | |
| 03/08/06 Allied Waste Service - Mar,06 | 46149 | (303.17) | |
| 03/08/06 SBC-510-6599842/2529815/7708882 | 46150 | -151.63 | |
| 03/08/06 Blue Cross - Mar,06 | 46151 | -5,203.00 | |
| 03/08/06 Aircom Mechanical, Inc | 46152 | -232.9 | |
| 03/08/06 United Trademark Renewal Service-Everex | 46153 | (125.00) | |
| 03/08/06 Watkins Landscape - Feb,06 | 46154 | (439.00) | |
| 03/15/06 Kamharon Janitorial Service - Feb/06 | 46155 | (350.00) | |
| 03/20/06 Ipex Infotech, INC | 46156 | (444.50) | |
| 03/22/06 Thompson Computer Service-TCS | 4705 | 2,008.00 | |
| 03/22/06 Ipex Infotech, INC. | 46157 | (331.75) | |
| 03/17/06 Tax Payroll Period | | | (981.04) |
| 03/17/06 DD Payroll Period | | | (1,109.80) |
| 03/17/06 Payroll ck#15506 | | | (867.31) |
| 03/17/06 Payroll ck#15507 | | | (680.96) |
| 03/24/06 ADP,INC.-3/3&3/10&3/17/06 | 46158 | (523.75) | |
| 03/24/06 Ronnie Leonadar - Door Repaired | 46159 | (116.00) | |
| 03/24/06 Thompson Computer Service-TCS | 4708 | 2,008.00 | |
| 03/24/06 Everex Communications - Feb.&Mar.Rent | 2253 | 8,550.00 | |
| 03/27/06 PG&E - GAS&ELC. 2/9 to 3/13/06 | 46160 | (4,907.66) | |
| 03/27/06 Asia Source, Inc. | 46161 | (679.50) | |
| 03/27/06 Ipex Infotech, INC. | 46162 | (1,087.50) | |
| 03/30/06 Thompson Computer Service-TCS | 4709 | 2,008.00 | |
| 04/03/06 Alpha Systems, Inc.- April,06 rent | 1415 | 2,115.00 | |
| 04/04/06 Global Quest Financial - April,06 rent | 1792 | 6,200.00 | |
| 04/05/06 Ipex Infotech, INC. | 46163 | (1,376.00) | |
| 04/05/06 Asia Source,Inc. | 46164 | (2,250.00) | |
| 04/05/06 ThyssenKrupp Elevator-Mar/06-May/06 | 46165 | (679.93) | |
| 04/07/06 Thompson Computer Service-TCS | 4714 | 2,008.00 | |
| 04/10/06 SBC - 510-659-9842/252-9815/770-8882 | 46166 | (135.39) | |
| 04/10/06 Watkins Landscape - March,06 | 46167 | (439.00) | |
| 04/10/06 Kamharon Janitorial - March,06 | 46168 | (350.00) | |
| 03/31/06 Tax Payroll Period | | | (953.18) |
| 03/31/06 DD Payroll Period | | | (1,109.81) |
| 03/31/06 Payroll ck#15508 | | | (867.31) |

| | | | | |
|---|---|---|---|---|
| 03/31/06 | Payroll ck#15509 | | | (680.96) |
| 03/01/06 | BOA Merch Fees | | (25.00) | |
| 03/15/06 | BOA Analysis Charge - February Billing for parent 90836-99999 | | (1,010.14) | |
| 04/11/06 | Fidelity Investments - 3/17 & 3/31/06 | 46169 | (643.64) | |
| 04/11/06 | Allied Waste Services - April,06 | 46170 | (303.17) | |
| 04/11/06 | FICA - Feb/06 rent & Jan.CAM. | 22678 | 20,970.93 | |
| 04/19/06 | Blue Cross of CA.- May,06 | 47171 | (5,850.00) | |
| 04/19/06 | ADP, Inc.- 3/30&4/07/06 | 47172 | (218.40) | |
| 04/19/06 | PG&E - Electric& Gas 3/14 - 4/10/06 | 47173 | (3,777.47) | |
| 04/19/06 | Alameda County Water - 2/14 - 4/11/06 | 47174 | (427.82) | |
| 04/20/06 | Ipex Infotech, INC. | 47175 | (693.50) | |
| 04/25/06 | Thompson Computer Service-TCS | 4722 | 2,138.00 | |
| 04/14/06 | Tax Payroll Period | | | (773.74) |
| 04/14/06 | DD Payroll Period | | | (1,109.81) |
| 04/14/06 | Payroll ck#15510 | | | (867.30) |
| 04/14/06 | Payroll ck#15511 | | | (680.95) |
| 04/28/06 | Tax Payroll Period | | | (739.20) |
| 04/28/06 | DD Payroll Period | | | (1,109.81) |
| 04/28/06 | Payroll ck#15512 | | | (867.30) |
| 04/28/06 | Payroll ck#15513 | | | (680.96) |
| 05/01/06 | Fidelity Investment - 4/14/06&4/28/06 | 47176 | (643.64) | |
| 05/01/06 | Northland Control Systems, Inc. | 47177 | (105.00) | |
| 05/01/06 | Evercase USA, Inc. | 47178 | (570.00) | |
| 05/04/06 | Ipex Infotech, INC. | 47179 | (520.50) | |
| 05/08/06 | FICA -Mar. RENT & Feb. CAM | 22703 | 21,090.40 | |
| 05/08/06 | Alpha Systems, Inc - May, 06 | 1427 | 2,115.00 | |
| 05/10/06 | Global Quest Financial - May,06 | 1842 | 6,200.00 | |
| 05/10/06 | SBC -510-6599842/770-8882/2529815 | 46180 | (135.65) | |
| 05/10/06 | ADP - 4/14&4/28/06 | 46181 | (594.75) | |
| 05/10/06 | Ipex Infotech, INC. | 46182 | (240.00) | |
| 05/10/06 | Executive Financial and Home Realty | 5622 | 20,703.60 | |
| 04/03/06 | BOA Merch Fees- | | (25.00) | |
| 04/17/06 | BOA Analysis Charges - March Billing | | (1,039.01) | |
| 05/11/06 | Thompson Computer Service-TCS | 4730 | 2,008.00 | |
| 05/15/06 | Allied Waste Service - May,06 | 46183 | (303.17) | |
| 05/15/06 | Blue Cross - June,06 | 46184 | (5,850.00) | |
| 05/15/06 | Kamharon Janitonal - April,06 | 46185 | (350.00) | |
| 05/15/06 | Watkins Landscape - April,06 | 46186 | (439.00) | |
| 05/15/06 | Protection Service Ind -5/1/06-7/31/06 | 46187 | (195.63) | |
| 05/17/06 | E-Communicatons,Inc.-April&May,06 rent | 2312 | 8,550.00 | |
| 05/19/06 | PG&E - 4/11/06-5/10/06 | 46188 | (4,932.20) | |
| 05/19/06 | Void | 46189 VOID | | |
| 05/19/06 | William Wan & Comp.- CPA Service Nov/05 to Apr/06 | 46190 | (1,750.00) | |
| 05/25/06 | FICA - April,06 rent and Mar. CAM | 22793 | 21,414.16 | |
| 05/25/06 | Ipex Infotech, INC. | 46191 | (533.00) | |
| 05/12/06 | Tax Payroll Period | | | (739.20) |
| 05/12/06 | DD Payroll Period | | | (1,109.80) |
| 05/12/06 | Payroll ck#15514 | | | (867.31) |
| 05/12/06 | Payroll ck#15515 | | | (680.96) |
| 05/26/06 | Tax Payroll Period | | | (739.22) |
| 05/26/06 | DD Payroll Period | | | (1,109.80) |
| 05/26/06 | Payroll ck#15516 | | | (867.29) |
| 05/26/06 | Payroll ck#15517 | | | (680.95) |
| 06/01/06 | Book Transfer ( Bradley) | | (30,000.00) | 30,000.00 |
| 06/01/06 | ADP,Inc.-5/12&5/19&5/26/06 | 46192 | (502.75) | |
| 06/01/06 | Fidelity Investment-5/12&5/26/06 | 46193 | (643.64) | |
| 06/01/06 | Protection Service - Inv#2339000 | 46194 | (1,094.96) | |
| 06/05/06 | Alpha Systems, Inc.- June,06 rent | 1443 | 2,115.00 | |
| 06/09/06 | Tax Payroll Period | | | (808.76) |
| 06/09/06 | DD Payroll Period | | | (1,297.54) |
| 06/09/06 | Payroll ck#15518 | | | (867.30) |
| 06/09/06 | Payroll ck#15519 | | | (741.97) |
| 06/20/06 | Global Quest Financial - June,06 rent | 1882 | 6,200.00 | |
| 06/21/06 | AT&T-510-6599842/2529815/7708882 | 46195 | (185.81) | |
| 06/21/06 | Watkins Landscape - May,06 | 46196 | (439.00) | |
| 06/21/06 | ADP,Inc - 6/9 & 6/16/06 | 46197 | (351.35) | |
| 06/21/06 | Thompson Computer Service-TCS | 4735 | 395.00 | |
| 06/22/06 | State of Cal.- Tax refund(for 2004) | 69-174850 | 118.86 | |
| 05/01/06 | BOA Merch Fees - May,06 | | (25.00) | |
| 05/15/06 | BOA Analysis Charge-April,06 | | (937.09) | |
| 06/22/06 | FICA - May,06 rent & April, CAM | 22854 | 20,773.03 | |
| 06/22/06 | Blue Corss - July,06 | 46198 | (5,850.00) | |
| 06/22/06 | Kamharon Janitonal - May,06 | 46199 | (350.00) | |
| 06/22/06 | Kamharon Janitonal - June,06 | 46200 | (350.00) | |
| 06/22/06 | Allied Waste Service - June,06 | 46201 | (303.17) | |
| 06/22/06 | Alameda County Water - 4/11 -6/12/06 | 46219 | (421.12) | |
| 06/28/06 | FICA - inv#116610 | 46218 | (599.21) | |
| 06/28/06 | Ipex Infotech, INC. | 46217 | (461.00) | |
| 06/28/06 | Alroad ( purchase SPI tester w/stand) (1/17 $-4.71-95=$90.29) | Cash | 95.00 | |
| 06/29/06 | PG&E -Elec & Gas 5/11 - 6/12/06 | 46216 | (8,281.49) | |
| 07/05/06 | Alpha Systems, Inc. - July,06 | 1468 | 2,115.00 | |
| 07/05/06 | Everex Communications,- June&Juley/06 Rent | 2359 | 8,550.00 | |
| 07/05/06 | FICA - Brandin Court Partners, LLC - Base Rent$34,469.55+security deposit$34,469.55 | 46215 | (69,799.10) | |
| 07/12/06 | Void Check | 46214 | 0.00 | |
| 07/12/06 | Ronnie Leonadar - Dumping Furniture | 46213 | (766.89) | |
| 07/14/06 | ADP,Inc.- 5/5&6/23&7/7/06 | 46212 | (393.55) | |
| 07/14/06 | AT&T-510-6599842/2529815 | 46211 | (115.21) | |
| 07/14/06 | Allied Waste Service - July,06 | 46210 | (303.17) | |
| 07/14/06 | Blue Cross - August,06 | 46209 | (5,850.00) | |
| 07/17/06 | Watkins Landscape - Juny,06 | 46208 | (439.00) | |
| 07/18/06 | Aircom Mechanical, Inc-Inv#98555&54177&54978 | 46207 | (2,353.26) | |
| 06/23/06 | Tax Payroll Period | | | (1,056.82) |
| 06/23/06 | DD Payroll Period | | | (1,958.36) |

| | | | |
|---|---|---|---|
| 06/23/06 Payroll ck#15520 | | | (867.31) |
| 06/23/06 Payroll ck#15521 | | | (741.97) |
| 07/07/06 Tax Payroll Period | | | (739.21) |
| 07/07/06 DD Payroll Period | | | (1,109.81) |
| 07/07/06 Payroll ck#15522 | | | (867.30) |
| 07/07/06 Payroll ck#15523 | | | (680.95) |
| 07/21/06 Tax Payroll Period | | | (888.13) |
| 07/21/06 DD Payroll Period | | | (1,475.45) |
| 07/21/06 Payroll ck#15524 | | | (867.30) |
| 07/21/06 Payroll ck315525 | | | (802.98) |
| 07/25/06 Ipex Infotech, INC. | 46202 | (115.00) | |
| 06/01/06 BOA Merch Fees - June.06 | | (25.00) | |
| 06/15/06 BOA Analysis Charge May billing | | (910.24) | |
| 07/26/06 Alameda County Water -6/12--7/7/0 | 46203 | (125.28) | |
| 07/26/06 PG&E - 6/13/06-7/12/06 | 46204 | (9,618.53) | |
| 07/26/06 Fidelity Investments(401k) -6/23&7/7&7/21 | 46205 | (1,230.79) | |
| 07/26/06 ADP,Inc.- 7/14&7/21/06 | 46206 | (444.30) | |
| 07/27/06 Postage stamp $0.02x5+$0.39x20= $7.90(6/28$90.29-7.90=$82.39) | Cash | (7.90) | |
| 07/27/06 Global Quest - July.06 | 1915 | 6,200.00 | |
| 07/28/06 Executive Financial and Home Realty | 5733 | 6,901.20 | |
| 08/04/06 Tax Payroll Period | | | (739.19) |
| 08/04/06 DD Payroll Period | | | (1,109.81) |
| 08/04/06 Payroll ck#15526 | | | (867.31) |
| 08/04/06 Payroll ck#15527 | | | (680.96) |
| 08/07/06 Thyssenkrypp Elevator | 46220 | (679.93) | |
| 08/07/06 Northland Control Systems, Inc. | 46221 | (105.00) | |
| 08/07/06 Above All Plumbing, Inc. | 46222 | (157.00) | |
| 08/07/06 Watkins Landscape | 46223 | (439.00) | |
| 07/03/06 BOA Merch Fees - July.06 | | (25.00) | |
| 07/17/06 BOA Analysis Charges - June Billing | | -882.15 | |
| 08/15/06 Ronnie Leonador - Painting material from LOWE'S | 46224 | -111.81 | |
| 08/15/06 Void Check | 46225 | 0.00 | |
| 08/15/06 Global Quest Financial - Deposit refund | 46226 | (5,643.19) | |
| 08/16/05 SBC-510-6599842/2529815/2520727 | 46227 | (149.35) | |
| 08/17/06 Ipex Infotech, INC. | 46228 | (361.00) | |
| 08/23/06 Thompson Computer Service-TCS | 4766 | 260.00 | |
| 08/24/06 FICA - June/06 rent& May&Jun CAM charges | 22974 | 24,829.33 | |
| 08/24/06 Blue Cross - Sep. 06 | 46229 | (5,850.00) | |
| 08/28/06 ADP,Inc.-422873/427878/433689 | 46230 | (345.40) | |
| 08/31/06 Fidelity Investments - 6/9&8/4&8/18&9/1/06 | 46231 | (1,326.67) | |
| 08/18/06 Tax Payroll Period | | | (739.21) |
| 08/18/06 DD Payroll Period | | | (1,109.80) |
| 08/18/06 Payroll ck#15528 | | | (867.30) |
| 08/18/06 Payroll ck#15529 | | | (680.96) |
| 09/01/06 Tax Payroll Period | | | (739.18) |
| 09/01/06 DD Payroll Period | | | (1,109.82) |
| 09/01/06 Payrokk ck#15530 | | | (867.32) |
| 09/01/06 Payrokk ck#15531 | | | (680.95) |
| 08/31/06 Peter Ow - Insurance paid through 09/2006 | 2238 | 38,954.30 | |
| 09/05/06 Asia Source, Inc. - COD net 30 Days | 46232 | (2,225.00) | |
| 09/07/06 Ipex Infotech, INC. | 46233 | (2,167.50) | |
| 09/07/06 ADP,Inc.-Inv#439096/446316 | 46234 | (381.60) | |
| 08/01/06 BOA Merch Fees - Aug.06 | | (25.00) | |
| 08/15/06 BOA Analysis Charges - July.06 | | (949.98) | |
| 09/13/06 JLP Building Maintenance-Carpet cleaning | 46235 | (300.00) | |
| 09/15/06 Tax Payroll Period | | | (808.77) |
| 09/15/06 DD Payroll Period | | | (1,297.54) |
| 09/15/06 Payroll ck#15532 | | | (867.30) |
| 09/15/06 Payroll ck#15533 | | | (741.96) |
| 09/18/06 Blue Cross of Cal. - Oct/06 | 46236 | (5,850.00) | |
| 09/18/06 Thompson Computer Service-TCS | 4775 | 6,024.00 | |
| 09/20/06 ADP,Inc.-452490/458099 | 46237 | (175.15) | |
| 09/21/06 FICA - June/06 CAM & Rent deposit return | 23056 | 63,129.44 | |
| 09/26/06 City of Fremont - Tax return renewal 10/1/06 - 9/30/07 | 46238 | (77.10) | |
| 09/29/06 Tax Payroll Period | | | (739.20) |
| 09/29/06 DD Payroll Period | | | (1,109.80) |
| 09/29/06 Payroll ck#15534 | | | (867.29) |
| 09/29/06 Payroll ck#15535 | | | (680.97) |
| 09/29/06 Fidelity Investments- 9/15& 9/29 | 46239 | (683.03) | |
| 09/29/06 PG&E refund of credit balance | 4363203 | 11,739.12 | |
| 10/04/06 ADP,INC.- 464170 & 471452 | 46240 | (381.60) | |
| 10/05/06 Book Transfer ( Bradley) | | (30,000.00) | 30,000.00 |
| 10/05/06 FICA - Sep&Oct rent and A/R | 46241 | (5,180.00) | |
| 09/01/06 BOA - Merch Fees | | (25.00) | |
| 09/15/06 BOA - Analysis charge August billing | | (1,014.42) | |
| 10/20/06 Blue Corss - Nov..06 | 46242 | (5,850.00) | |
| 10/13/06 Tax Payroll Period | | | (795.48) |
| 10/13/06 DD Payroll Period | | | (1,384.75) |
| 10/13/06 Payroll ck#15536 | | | (867.31) |
| 10/13/06 Payroll ck#15537 | | | (765.23) |
| 10/23/06 ADP,INC.-Inv#477545&484595 | 46243 | (292.15) | |
| 10/23/06 Evercase USA, Inc. | 46244 | (400.00) | |
| 10/31/06 ADP,Inc.-492660&499856 | 46245 | (381.60) | |
| 10/31/06 E-Com - Employee dental, water Fedex | 46246 | (2,498.79) | |
| 11/01/06 Ipex Infotech, INC. | 46247 | (678.50) | |
| 11/01/06 Ipex Infotech, INC. | 46248 | (5.00) | |
| 11/03/06 Fidelity Investments - 401k | 46249 | (351.80) | |
| 11/08/06 FICA - Nov. rent | 46250 | (2,000.00) | |
| 11/08/06 FICA - DM#8247/8269/8280/8301/8313R/8350-1/8363/8376/8389 | 46251 | (1,025.01) | |
| 10/27/06 Tax Payroll Period | | | (839.87) |
| 10/27/06 DD Payroll Period | | | (1,604.38) |
| 10/27/06 Payroll ck#15538 | | | (867.30) |
| 10/27/06 Payroll ck#15539 | | | (765.23) |

| | | | |
|---|---|---|---|
| 11/10/06 Tax Payroll Period | | | (809.32) |
| 11/10/06 DD Payroll Period | | | (1,604.37) |
| 11/10/06 Payroll ck#15540 | | | (867.31) |
| 11/10/06 Payroll ck#15541 | | | (702.10) |
| 10/02/06 BOA Merch Fees | | (25.00) | |
| 10/16/06 BOA Analysis Charge - Sep.06 | | (934.62) | |
| 11/16/06 Franchise Tax Board - Aug/31/07 | 46252 | (800.00) | |
| 11/17/06 Blue Cross of Cal - Dec. 06 | 46253 | (5,850.00) | |
| 11/22/06 Znag International, Inc - Lesing commission related to Brandin Court 2/f rental | 46254 | (31,819.64) | |
| 11/27/06 ABD Ins. - Retirement Saving Plan | 46255 | (450.00) | |
| 11/27/06 Tax Payroll Period | | | (809.33) |
| 11/27/06 DD Payroll Period | | | (1,604.36) |
| 11/27/06 Payroll ck#15542 | | | (867.31) |
| 11/27/06 Payroll ck#15543 | | | (702.10) |
| 12/04/06 ADP, Inc. - 510148&522018 | 46256 | (606.75) | |
| 12/05/06 Law offices of Michael H. Lewis | 46257 | (5,299.00) | |
| 12/06/06 FICA - Dec/06 rent | 46258 | (2,000.00) | |
| 12/08/06 Tax Payroll Period | | | (870.62) |
| 12/08/06 DD Payroll Period | | | (1,604.37) |
| 12/08/06 Payroll ck#15544 | | | (867.29) |
| 12/08/06 Payroll ck#1545 | | | (828.17) |
| 12/11/06 Ipex Infotech, INC. | 46259 | (602.50) | |
| 11/01/06 BOA Merch Fees - Nov.,06 | | (25.00) | |
| 11/15/06 BOA Analysis Charge - Oct,06 | | (832.97) | |
| 12/12/06 Book Transfer ( Bradley) | | (30,000.00) | 30,000.00 |
| 12/15/06 State of Cal.- Prepayment Tax Penalties Fees | 46260 | (88.00) | |
| 12/15/06 E-Communicatons,Inc.-Everex employee dental, Water FedEx expenses | 46261 | (2,613.56) | |
| 12/15/06 Tax Payroll Period | | | (17,008.75) |
| 12/15/06 DD Payroll Period | | | (10,792.66) |
| 12/15/06 Payroll ck#14923 | | | (867.31) |
| 12/15/06 Payroll ck#14924 | | | (73.76) |
| 12/15/06 Payroll ck#14925 | | | (11,437.79) |
| 12/15/06 Payroll ck#15546 | | | (702.09) |
| 12/15/06 Payroll ck#15547 | | | (2,020.44) |
| 12/27/06 Book Transfer ( Bradley) | | (200.00) | 200.00 |
| 12/01/06 BOA Merch Fees - Dec.06 | | (25.00) | |
| 12/15/06 BOA Analysis Charge - Nov,06 | | (866.25) | |
| 01/08/07 ADP, INC.-535070 & 547493 | 46262 | (564.15) | |